# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jorge Romero-Alarcon,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                            3:08-cv-567-FDW
                                              (3:04-cr-8)

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered October 7, 2009.

                                                  October 7, 2009

*Frank G. Johns, Clerk*
*United States District Court*